UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTHUR HOLDEN,
    Plaintiff,

v.

MARTINEZ DETENTION FACILITY,
    Defendant.

Case No. 16-cv-03827-RS (PR)

**ORDER OF DISMISSAL**

    Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $400.00. His IFP application (Docket No. 6) lacks a prison trust account statement showing transactions for the last six months. Accordingly, the action is DISMISSED <u>without</u> <u>prejudice</u> for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain (1) a prison trust account statement showing transactions for the last six months, or (2) full payment for the filing fee of $400.00.

    His motion to proceed IFP (Docket No. 6) is DENIED as insufficient. The Clerk shall terminate Docket No. 6, enter judgment in favor of defendant, and close the file.

    **IT IS SO ORDERED.**

**Dated:** September 14, 2016

_____
RICHARD SEEBORG
United States District Judge